# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADDISON ORR,

    Plaintiff(s),

v.

R. YOUNG, et al.,

    Defendant(s).

Case No.: 2:20-cv-00481-RFB-NJK

**REPORT AND RECOMMENDATION**

On October 26, 2020, the Court issued an order instructing Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis* no later than November 25, 2020. Docket No. 2. The Court cautioned Plaintiff that failure to comply with the Court's order "will result in a recommendation to the District Judge that this matter be closed." *Id.* at 2. To date, Plaintiff has neither paid the filing fee nor filed a complete application to proceed *in forma pauperis*.

Accordingly, **IT IS RECOMMENDED** that this matter be closed.

Dated: December 1, 2020

                                          Nancy J. Koppe
                                          United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1